NOTIFICATION OF LATE RECORD

Court of Appeals No. 04-15-00040-CV

Trial Court Style: **MICHAEL MIDDLETON**
**VS.**
**TEMPLETON MORTGAGE CORPORATION,**
**JERRY W. CORBIN, TRUSTEE, B.D. ADKINS,**
**TRUSTEE, PATTY CORBIN, TRUSTEE, AND**
**ENOS HAMPTON, INDEPENDENT EXECUTOR**
**OF THE ESTATE OF BETTY G. ROBINSON**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/13/2015 11:40:37 AM
KEITH E. HOTTLE
Clerk

Trial Court No.: **10-422**

I am the official responsible for preparing the Clerk's Record and or Supplement in the above referenced appeal.

The record is due on February 12, 2014. This record will contain approximately 411 pages.

I am unable to file the record by the above date because of a heavier than normal workload which is due to vacancies of two Deputy Clerk positions. I have just this date forwarded a Bill of Costs to Appellant's counsel for the cost of this record. Upon receipt of payment, I will immediately file the record. I anticipate payment to be received in the near future and, therefore, anticipate having the record filed on or before February 27, 2014.

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been mailed to the attorneys of record.

Date: February 12, 2015

Susan Jackson
District Clerk, Kendall County, Texas

State of Texas  §
County of Kendall  §

Before me, the undersigned authority, on this day personally appeared Kay R. Pugh, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same for the reasons expressed therein.

Date: 02-12-2015 _____ Signature: _____

*Darlene Herrin*
County Clerk, Kendall County, Texas